## IN THE U.S. DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOEL RESNICK : | CIVIL ACTION NO. 02-CV-4729 |
| : | HB |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| CHUBB CORPORATION, : | |
| PACIFIC INDEMNITY INSURANCE : | |
| CO., INC., and FEDERAL INSURANCE : | |
| COMPANY : | |
| : | |
| Defendants. : | |

### ENTRY OF APPEARANCE

TO THE CLERK:

      Kindly enter our appearance on behalf of all defendants in the above-captioned matter.

_____
Craig Russell Blackman, Esquire
(I.D. No. 49735)
Thomas W. Dymek, Esquire
(I.D. No. 86248)
STRADLEY, RONON, STEVENS & YOUNG, LLP
2600 One Commerce Square
Philadelphia, PA  19103-7098
(215) 564-8000

Attorneys for Defendants

Date:  August 6, 2002
603327

## **CERTIFICATE OF SERVICE**

I, Thomas W. Dymek, hereby certify that on this 6th day of August, 2002, a true and correct copy of the foregoing was served, via U.S. first-class mail, postage prepaid, upon the following:

>Neil E. Jokelson, Esquire
>David E. Jokelson, Esquire
>Derek E. Jokelson, Esquire
>NEIL E. JOKELSON & ASSOCIATES, P.C.
>230 South Broad Street, 18th Floor
>Philadelphia, PA  19102

_____
Thomas W. Dymek